UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABIJIT PRASAD,<br><br>   Plaintiff,<br><br> v.<br><br>SANTA CLARA DEPARTMENT OF SOCIAL SERVICES, et al.,<br><br>   Defendants. | Case No.  14-cv-00179-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 05/07/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Hearing on Motions in Limine | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

1          IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3          IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5          IT IS FURTHER ORDERED THAT the Motion to Dismiss hearing is set for 06/26/2014
6 at 9:00 AM.
7          IT IS FURTHER ORDERED THAT the parties are to file Initial Disclosures within 14
8 days of Motion to Dismiss set for 06/26/2014.

10 Dated:  May 09, 2014

*[signature]*
_____
BETH LABSON FREEMAN
United States District Judge