UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABHIJIT PRASAD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SANTA CLARA DEPARTMENT OF SOCIAL SERVICES, et al.,<br><br>　　　　　Defendants. | Case No. 14-cv-00179-BLF<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE STAYED** |

It has come to the Court's attention that on January 22, 2015, the California Court of Appeal for the Sixth Appellate District reversed and remanded proceedings to the state Superior Court in Plaintiff's appeal concerning his listing in the Child Abuse Central Index (Case No. H039167). Plaintiff refers to these parallel state proceedings in his First Amended Complaint before this Court, *see* FAC ¶ 65-66, and it appears that the issues are related. Given the possibility that, on remand, the Superior Court's decision on Plaintiff's petition for writ of administrative mandamus could significantly alter the nature of Plaintiff's federal claims, the parties are hereby ORDERED TO SHOW CAUSE why this action should not be stayed pending decision by the Superior Court on remand. **On or before January 29, 2015**, each party shall submit a brief of **no more than five (5) pages in length** explaining why this case should not be stayed. No opposition or reply is permitted, and no hearing will be held on the Order to Show Cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: January 22, 2015

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge