UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABHIJIT PRASAD,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA CLARA COUNTY DEPARTMENT OF SOCIAL SERVICES, et al.,<br><br>    Defendants. | Case No. 15-cv-04933-RMW<br><br>**ORDER OF SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In reviewing the parties' papers in connection with defendants' motion to dismiss (Dkt. No. 19), it has come to the court's attention that this action may be related to *Prasad v. Santa Clara Dep't of Soc. Servs.*, Case No. 14-cv-00179-BLF. Pursuant to Civil Local Rule 3-12(c), this action is referred to Judge Freeman for a determination as to whether the actions are related.

The hearing scheduled for February 19, 2016 is vacated. The court will set a new hearing date if Judge Freeman determines that the cases should not be related.

**IT IS SO ORDERED.**

Dated: February 18, 2016

Ronald M. Whyte
United States District Judge

15-cv-04933-RMW
ORDER OF SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP
FC