**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ABHIJIT PRASAD, | Case No.  14-cv-00179-BLF |
| Plaintiff, | |
| v. | **ORDER RELATING CASE** |
| SANTA CLARA DEPARTMENT OF SOCIAL SERVICES, et al., | |
| Defendants. | |

Before the Court is an Order of Sua Sponte Judicial Referral for the purpose of determining the relationship between this case and *Prasad v. Santa Clara Dep't of Soc. Servs.,* Case No. 15-cv-04933-RMW, filed on February 19, 2016. Pursuant to Civil Local Rule 3-12(e), the time for filing support or opposition to the referral has passed. Having considered the parties, transactions, and events in both complaints, the Court finds that the cases are related. Pursuant to Civil Local Rule 3-12(g), Defendants shall renotice the pending Motion to Dismiss before this Court.

**IT IS SO ORDERED.**

Dated: February 25, 2016

_____
BETH LABSON FREEMAN
United States District Judge